United States Courts
Southern District of Texas
FILED

AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

February 25, 2022
Nathan Ochsner, Clerk of Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Andres Fernando Ardila-Gracia

## CRIMINAL COMPLAINT

Case Number: M-22-0399-M

IAE   YOB: 1986
Colombia
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **February 24, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Colombia in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Andres Fernando Ardila-Gracia was encountered by Border Patrol Agents near La Joya, Texas on February 24, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 24, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on December 28, 2016, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On July 2, 2015, the defendant was convicted of Robbery and sentenced to forty-four (44) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Matthew Phelps
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/   Jose E. Diaz
Signature of Complainant

February 25, 2022   at 6:54 a.m.

Jose E. Diaz                    Border Patrol Agent

J. Scott Hacker         , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer